1  MARC B. KOENIGSBERG - SBN 204265
   GREENBERG TRAURIG, LLP
2  1201 K Street, Suite 1100
3  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
4  Facsimile:  (916) 448-1709

5  Attorneys for Defendant
   Casa Ramos Restaurant, and MK&A, LLC,
6  a California Limited Liability Company
7  dba Casa Ramos Restaurant

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                SACRAMENTO DIVISION

12

13  MARSHALL LOSKOT, an individual,      | Case No. 2:13-cv-01354-WBS-CKD

14       Plaintiff,                      | **STIPULATION TO CONTINUE DATE**
                                         | **FOR SETTLEMENT CONFERENCE;**
15  v.                                   | **[PROPOSED] ORDER**

16  CASA RAMOS RESTAURANT; OLIVE
17  TREE REALTY, LLC, a Delaware         | *Complaint Filed April 30, 2013*
    Corporation, MK&A, LLC, a California
18  Limited Liability Corp. dba CASA RAMOS
    RESTAURANT; and DOES 1-20, inclusive,
19
       Defendants.
20

21

22

23

24

25

26

27

28

Case No.: 2:13-cv-01354-WBS-CKD

STIPULATION TO CONTINUE DATE FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER

1    Defendants Casa Ramos Restaurant, MK&A, LLC, a California Limited Liability

2  Company dba Casa Ramos Restaurant, Olive Tree Realty, LLC, and Plaintiff Marshall Loskot

3  hereby stipulate to the Court continuing the date for the Settlement Conference, currently

4  scheduled for February 24, 2014 at 9:30 a.m., to May 9, 2014 at 9:30 a.m.

5  Dated:  February 12, 2014                    GREENBERG TRAURIG, LLP

6

7

8                                              By: /s/_____
                                                   MARC B. KOENIGSBERG
9                                                  Attorneys for Defendants
                                                   Casa Ramos Restaurant, and MK&A, LLC,
10                                                 a California Limited Liability Company
                                                   dba Casa Ramos Restaurant
11

12  Dated:  February 12, 2014                    BERRY & BLOCK LLP

13

14
                                               By: /s/_____
15                                                 BRIAN CRONE
                                                   Attorneys for Defendant
16                                                 Olive Tree Realty, LLC

17  Dated:  Feburary 12, 2014                   THOMAS E. FRANKOVICH, A
                                               PROFESSIONAL LAW CORPORATION
18

19

20                                             By: /s/_____
                                                   THOMAS E. FRANKOVICH
21                                                 Attorneys for Plaintiff Marshall Loskot

22

23

24

25

26

27

28

STIPULATION TO CONTINUE DATE FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER

1    **[PROPOSED] ORDER**

2         Pursuant to the parties' stipulation,

3         The date for the Settlement Conference is continued from February 24, 2014 at 9:30

4    a.m., to May 9, 2014, at 9:30 a.m. Confidential settlement statements shall be submitted to the

5    court no later than 7 days prior to the settlement conference.

6    **IT IS SO ORDERED**

7    Dated:  February 14, 2014

8                                                                    CAROLYN K. DELANEY
                                                                     UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE DATE FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER