MARC B. KOENIGSBERG - SBN 204265
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
koenigsbergm@gtlaw.com

Attorneys for Defendants
Casa Ramos Restaurant, and MK&A, LLC,
a California Limited Liability Company
dba Casa Ramos Restaurant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARSHALL LOSKOT, an individual, | Case No. 2:13-cv-01354-WBS-CKD |
| Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATES; ORDER** |
| v. | |
| CASA RAMOS RESTAURANT; OLIVE TREE REALTY, LLC, a Delaware Corporation, MK&A, LLC, a California Limited Liability Corp. dba CASA RAMOS RESTAURANT; and DOES 1-20, inclusive, | *Complaint Filed April 30, 2013* |
| Defendants. | |

Case No.: 2:13-cv-01354-WBS-CKD

STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATES; [PROPOSED] ORDER

Plaintiff, Marshall Loskot, and Defendants, Casa Ramos Restaurant, MK&A, LLC, a California Limited Liability Company dba Casa Ramos Restaurant, and Olive Tree Realty, LLC, by and through their designated counsel, hereby stipulate and request that the Court grant a continuance of the scheduled discovery cut-off deadline based on the following good cause:

1. The parties attempted to settle this matter at the settlement conference held on May 9, 2014, before the Honorable Carolyn K. Delaney, in Department 24 of the above entitled court, but were unable to reach a settlement. In the coming weeks, the parties will continue their efforts to settle this case informally.  Continuing these dates will allow the parties additional time to resolve this case without having to conduct what will likely be unnecessary and expensive oral and written discovery, likely to make settlement more difficult.

2. For these reasons, the parties request that the Court grant a continuance of two months for the following deadlines, all set forth in the Status (Pretrial Scheduling) Order, filed in this case on November 8, 2013:

| | |
|---|---|
| Last day to hear Motions to Compel: | Continued from May 12, 2014 to July 11, 2014 |
| Disclosure of Experts: | Continued from August 4, 2014 to October 3, 2014 |
| Disclosure of Rebuttal Experts: | Continued from August 18, 2014 to October 17, 2014 |
| Close of Discovery: | Continued from September 8, 2014 to November 7, 2014 |

3. Continuing these dates will not affect any other deadlines in this case (October 10, 2014, the last day to file motions; December 8, 2014, the Final Pretrial Conference; and January 27, 2015, the date set for trial will remain unchanged).

IT IS SO STIPULATED.

Dated:  May 12, 2014                                GREENBERG TRAURIG, LLP


                                         By: /s/*Marc B. Koenigsberg*
                                              MARC B. KOENIGSBERG
                                              Attorneys for Defendants
                                              Casa Ramos Restaurant, and MK&A, LLC,
                                              a California Limited Liability Company
                                              dba Casa Ramos Restaurant

Dated:  May 10, 2014                              BERRY & BLOCK LLP

                                                  By: /s/BRIAN CONE
                                                      BRIAN CRONE
                                                      Attorneys for Defendant
                                                      Olive Tree Realty, LLC

Dated:  May 12, 2014                              THOMAS E. FRANKOVICH, A
                                                  PROFESSIONAL LAW CORPORATION

                                                  By: /s/ *Thomas E. Frankovich*
                                                      THOMAS E. FRANKOVICH
                                                      Attorneys for Plaintiff Marshall Loskot

### ORDER

Good cause appearing, the request of the parties that the Court grant a continuance of two months for the following deadlines, is GRANTED.

Last day to hear Motions to Compel:   Continued from May 12, 2014 to July 11, 2014

Disclosure of Experts:                Continued from August 4, 2014 to October 3, 2014

Disclosure of Rebuttal Experts:       Continued from August 18, 2014 to October 17, 2014

Close of Discovery:                   Continued from September 8, 2014 to November 7, 2014

**IT IS SO ORDERED**

Dated:  May 13, 2014

                                                  _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE