MARC B. KOENIGSBERG - SBN 204265
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorneys for Defendant
Casa Ramos Restaurant, and MK&A, LLC,
a California Limited Liability Company
dba Casa Ramos Restaurant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARSHALL LOSKOT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CASA RAMOS RESTAURANT; OLIVE TREE REALTY, LLC, a Delaware Corporation, MK&A, LLC, a California Limited Liability Corp. dba CASA RAMOS RESTAURANT; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01354-WBS-CKD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE;**<br><br>**ORDER**<br><br>*Complaint Filed April 30, 2013* |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2).  Each party is to bear its own attorney's fees and costs.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Dated:  October 10, 2014            GREENBERG TRAURIG, LLP

By:  /s/*Marc B. Koenigsberg* _____
MARC B. KOENIGSBERG
Attorneys for Defendants
Casa Ramos Restaurant, and MK&A, LLC, a
California Limited Liability Company dba Casa
Ramos Restaurant

Dated:  October 10, 2014            LAW OFFICE OF BRIAN CRONE

By:  /s/*Brian Crone (as authorized on 10/10/14)* _____
BRIAN CRONE
Attorneys for Defendant
Olive Tree Realty, LLC

Dated:  October 10, 2014            THOMAS E. FRANKOVICH, A
PROFESSIONAL LAW CORPORATION

By: /s/*Thomas E. Frankovich (as authorized on 10/10/14*)
THOMAS E. FRANKOVICH
Attorneys for Plaintiff Marshall Loskot

## ORDER

Pursuant to the Stipulation for Dismissal filed by the parties on October 13, 2014, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**Dated:  October 15, 2014**

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE